JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 7 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

1  Law Office of Freddie Vega
   Freddie Vernon Vega, Esq.
2  317 N. Euclid Ave., Suite-I
   Ontario, California 91762
3  (909) 984-5555/Fax: (909) 984-5003

4

5  Attorney for Plaintiff:
6  LESTER ARGUETA

RECEIVED BUT NOT FILED
MAR 24 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY                  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| LESTER ARGUETA,<br><br>Plaintiff,<br><br>vs.<br><br>INDYMAC BANK, NA, a national banking corporation; INDYMAC HOME LOAN SERVICING, a corporation; NDEx WEST LLC, a Limited Liability Company; AMERICAN GUARDIAN FINANCIAL GROUP, INC., a Corporation, DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 8:09-cv-00310-DOC-MLG<br><br>STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER THEREON<br><br>Verified Complaint filed: November 25, 2008<br>Action Removed: March 11, 2009 |

1

STIPULATION FOR DISMISSAL OF ACTION

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), and by reason
2  of the parties meeting and conferring, plaintiff Lester Argueta ("Plaintiff"), by
3  and through his attorney of record, and defendant Federal Deposit Insurance
4  Corporation as Receiver for IndyMac Bank, F.S.B. and Conservator for IndyMac
5  Federal Bank, FSB (erroneously sued herein as IndyMac Bank, NA and IndyMac
6  Bank Home Loan Servicing) ("FDIC"), by and through its attorneys of record,
7  stipulate to, and move this Court for, an order dismissing without prejudice the
8  FDIC from the above-entitled action. Plaintiff is to (1) record a duly executed
9  and acknowledged notice of withdrawal of the lis pendens recorded on the
10 property that is the subject of this action, and (2) provide a copy of the recorded
11 notice of withdrawal to the FDIC within three (3) days of the filing of this
12 Stipulation. Each of the parties will bear its own fees and costs with respect to
13 said action.

14 DATED: March 19, 2009        LAW OFFICE OF FREDDIE VEGA

17                              By /s/ Freddie Vega
                                Freddie Vega
18                              Attorney for Plaintiff: Lester Argueta

21 DATED: March 19, 2009        ALLEN MATKINS LECK GAMBLE
                                MALLORY & NATSIS LLP

24                              By /s/ Marissa M. Prayougratana
25                              Marissa M. Prayougratana
                                Attorney for Defendant FDIC as Receiver for
26                              IndyMac Bank, F.S.B. and Conservator for
                                IndyMac Federal Bank, FSB (erroneously sued
27                              as IndyMac Bank, NA and IndyMac Home
                                Loan Servicing)
28

**[PROPOSED] ORDER**

Having read and considered the Stipulation set forth above and finding good cause therefore, the Court hereby orders this action dismissed without prejudice. Each of the parties will bear its own fees and costs incurred with respect to this action.

DATED: April 7, 2009

_____
Judge David O. Carter
United States District Court